Neil A. Tortora - 017312005
ntortora@morrisonmahoney.com
**MORRISON MAHONEY LLP**
**Waterview Plaza**
**2001 U.S. Highway 46, Suite 200**
**Parsippany, NJ 07054**
**Phone:  973-257-3526**
**Fax:     973-257-3527**
**Attorneys for Defendant, Federal Express Corporation**

GUY EDWARD MOORE,

      Plaintiff,

v.

FEDERAL EXPRESS CORPORATION
also known as FedEx Corporation JEAN-
PAUL BENNETT, ABC COMPANIES 1-
10 said entity names being fictitious and
JOHN DOES 1-10 said names being
fictitious ,

      Defendant.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CASE NO.: 2:22-CV-03500

Civil Action

**SUBSTITUTION OF ATTORNEY**

The undersigned hereby consents to the substitution of Morrison Mahoney LLP as

attorneys for Defendants, Federal Express Corporation in the above-entitled matter.

SCHOEMAN    UPDIKE    KAUFMAN    &    MORRISON MAHONEY LLP
GERBER LLP

By: _____

    Steven Gerber, Esq.
    Withdrawing Attorney

By: _____

    Neil A. Tortora, Esq.
    Superseding Attorney

101294167